# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JESSIE SHELTON

NO. 2022 KW 0588

**AUGUST 2, 2022**

---

In Re:    Jessie Shelton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 487,906.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT